# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Kemuel Cornelius Mingo,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv56

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/20/09 Order.

Signed: February 20, 2009

Frank G. Johns, Clerk
United States District Court